## Commonwealth, Appellant, v. Trowery.

Submitted December 5, 1972. *Elliott D. Goldberg,* Assistant District Attor-

ney, and *William H. Lamb*, District Attorney, for Commonwealth, appellant; no appearance entered nor brief submitted for appellee.

Order affirmed.